Dylan Ruga, Esq. (SBN 235969)
*dylan@stalwartlaw.com*
Ji-In Lee Houck, Esq. (SBN 280088)
*jiin@stalwartlaw.com*
Paul A. Traina, Esq. (SBN 155805)
*paul@stalwartlaw.com*
Ian P. Samson, Esq. (SBN 279393)
*ian@stalwartlaw.com*
**STALWART LAW GROUP**
1100 Glendon Avenue, 17th Floor
Los Angeles, California 90024
Tel: (310) 954-2000

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LOMELI, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON HEWITT, INC.; TAX SERVICES OF AMERICA, INC. d/b/a JACKSON HEWITT TAX SERVICE; JJF & AC, INC. d/b/a Guanajuato Insurance Agency and Jackson Hewitt Tax Service; JUAN FLORES, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02899-ODW-KS<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1    **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of
2    Civil Procedure, plaintiff Luis Lomeli hereby dismisses without prejudice defendants Santa
3    Barbara Tax Products Group, LLC, Civista Bancshares, Inc., and Civista Bank, N.A. from the
4    above-captioned action.

6    DATED:  July 14, 2017                    STALWART LAW GROUP

                                              By:  _____/s/ Paul A. Traina_____
                                                            Paul A. Traina

                                              Attorneys for Plaintiff

Notice of Dismissal