Dylan Ruga, Esq. (SBN 235969)
*dylan@stalwartlaw.com*
Paul A. Traina, Esq. (SBN 155805)
*paul@stalwartlaw.com*
Ji-In Lee Houck, Esq. (SBN 280088)
*jiin@stalwartlaw.com*
Ian P. Samson, Esq. (SBN 279393)
*ian@stalwartlaw.com*
**STALWART LAW GROUP**
1100 Glendon Avenue, Suite 1840
Los Angeles, California 90024
Tel: (310) 954-2000

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LOMELI, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>JACKSON HEWITT, INC.; TAX SERVICES OF AMERICA, INC. d/b/a JACKSON HEWITT TAX SERVICE; JJF & AC, INC. d/b/a Guanajuato Insurance Agency and Jackson Hewitt Tax Service; JUAN FLORES, an individual; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. 2:17-cv-2899-ODW-KS<br><br>[Assigned to Hon. Otis D. Wright, II]<br><br>**STIPULATED DISMISSAL OF CLASS ALLEGATIONS WITHOUT PREJUDICE** |

STIPULATED DISMISSAL OF CLASS ALLEGATIONS WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Luis Lomeli and Defendants Jackson Hewitt Inc., Tax Services of America, Inc., Juan Flores, JJF & AC, Inc. (collectively, "Defendants") stipulate and agree that Plaintiff's class allegations and any claims asserted on behalf of putative class members are *dismissed without prejudice.*

The Parties do not believe that notice of dismissal to any putative class member is warranted or appropriate. The case is at its early stages. Jackson Hewitt Inc. and Tax Services of America, Inc. filed their answer only a few weeks ago. No class has been certified and no notice has been provided to any putative class member. The Parties are not aware of any putative class member who could be prejudiced by this dismissal, and this dismissal does not affect the rights of any putative class member.

Respectfully submitted,

Dated: May 24, 2018        STALWART LAW GROUP

By:  /s/  Paul A. Traina
Paul A. Traina
Ian P. Samson
Attorneys for Plaintiff Luis Lomeli

Dated: May 24, 2018        GREENBERG TRAURIG, LLP

By:  /s/  Ryan C. Bykerk
Robert J. Herrington
Ryan C. Bykerk
Attorneys for Defendants Jackson Hewitt Inc. and Tax Services of America, Inc. d/b/a Jackson Hewitt Tax Service

STIPULATED DISMISSAL OF CLASS ALLEGATIONS WITHOUT PREJUDICE

| | |
|---|---|
| Dated: May 24, 2018 | JANET A. CONTERO and<br>LAW OFFICE OF MARK R. SMITH, PC |
| | By: /s/ _Mark R. Smith_____<br>Mark R. Smith<br>Janet A. Contero<br>Attorneys for Defendants JJF and AC, Inc. and Juan Flores |

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Ryan Bykerk and Janet Contero/Mark R. Smith, on whose behalf this filing is jointly submitted, have concurred in this filing's content and has authorized me to file this document.

/s/ _Paul A. Traina_____
Paul A. Traina

STIPULATED DISMISSAL OF CLASS ALLEGATIONS WITHOUT PREJUDICE