GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN 234417)
Ryan C. Bykerk (SBN 274534)
Breeanna N. Brewer (SBN 312269)
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Tel: (310) 586-7700/ Fax: (310) 586-7800

GREENBERG TRAURIG, LLP
Richard A. Edlin (*pro hac vice* forthcoming)
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200/ Fax: (212) 801-6400

Attorneys for Jackson Hewitt Inc. and
Tax Services of America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LOMELI, individually and on behalf of a class of similarly situated individuals,<br><br>　　Plaintiff,<br><br>v.<br><br>JACKSON HEWITT, INC.; TAX SERVICES OF AMERICA, INC. d/b/a JACKSON HEWITT TAX SERVICE; JJF & AC, INC. d/b/a Guanajuato Insurance Agency and Jackson Hewitt Tax Service; JUAN FLORES, an individual; and DOES 1-50, inclusive,<br><br>　　Defendants. | CASE NO. 2:17-cv-2899-ODW-KS<br><br>[Assigned to Hon. Otis D. Wright, II]<br><br>**STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Luis Lomeli ("Lomeli") and Defendants Jackson Hewitt Inc., Tax Services of America, Inc., Juan Flores, JJF & AC, Inc. (collectively, "Defendants") stipulate and agree that this action, including all claims Lomeli asserted or could have asserted on his own behalf in the action, is hereby dismissed with prejudice.  Each party shall pay its own costs and fees.

Respectfully submitted,

Dated:  May 25, 2018                STALWART LAW GROUP

By:  */s/ Paul A. Traina*
Paul A. Traina
Ian P. Samson
Attorneys for Plaintiff Luis Lomeli

Dated:  May 25, 2018                GREENBERG TRAURIG, LLP

By:  */s/ Ryan C. Bykerk*
Robert J. Herrington
Ryan C. Bykerk
Attorneys for Defendants Jackson Hewitt Inc. and Tax Services of America, Inc. d/b/a Jackson Hewitt Tax Service

Dated:  May 25, 2018                JANET A. CONTERO and
LAW OFFICE OF MARK R. SMITH, PC

By:  */s/ Mark R. Smith*
Mark R. Smith
Janet A. Contero
Attorneys for Defendants JJF and AC, Inc. and Juan Flores

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Paul Traina and Mark R. Smith, on whose behalf this filing is jointly submitted, have concurred in this filing's content and has authorized me to file this document.

/s/ Ryan C. Bykerk
Ryan C. Bykerk

STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE